```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

**RONALD L. HATTENSTEIN, JR.**      *
                                    *
    **Plaintiff,**                *
                                    *
vs.                                 *   Civil Action 07-00470-CB-B
                                    *
**MICHAEL J. ASTRUE,**              *
**Commissioner of**                 *
**Social Security,**                *
                                    *
    **Defendant.**                *

<u>**ORDER**</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made pursuant to 28 U.S.C. § 636(b)(1)(B) and dated May 5, 2008 is hereby **ADOPTED** as the opinion of this Court.

Accordingly, for good cause shown, it is **ORDERED** that Defendant's unopposed Motion and Memorandum for Entry of Judgment Pursuant to Sentence Four of 42 U.S.C. § 405(g) with Remand of the Cause to the Defendant (Doc. 12) be and hereby is **GRANTED,** and that this action is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) so that the Administrative Law Judge can ". . . hold a further hearing and issue a new decision to address whether Plaintiff meets or equals 20 C.F.R. pt. 404 subpart. P, app. 1, §§ 12.05B and C; redetermine Plaintiff's residual functional capacity; and develop the record

with respect to the physical and mental requirements of Plaintiff's past relevant work as a janitor as he performed it, and/or obtain vocational expert testimony regarding this past relevant work to resolve the inconsistency in the current decision regarding the job's requirements, or to determine whether other jobs exist Plaintiff can perform." (Doc. 15, Memorandum at 1-2).

This remand, pursuant to sentence four of Section 405(g), makes Plaintiff a prevailing party for purposes of the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Shalala v. Schaefer, 509 U.S. 292 (1993).

**DONE** this 14th  day of **May 2008.**

s/Charles R. Butler, Jr.
**Senior United States District Judge**