```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

**RONALD L. HATTENSTEIN, JR.**       \*
                                     \*
    **Plaintiff,**              \*
                                     \*
vs.                                  \*   Civil Action 07-00470-CB-B
                                     \*
**MICHAEL J. ASTRUE,**               \*
**Commissioner of**                  \*
**Social Security,**                 \*
                                     \*
    **Defendant.**              \*

<u>**ORDER**</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Amended Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 18, 2009, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the <u>17th</u> day of <u>March</u>, 2009.

                                   <u>**s/Charles R. Butler, Jr.**</u>
                                   **SENIOR UNITED STATES DISTRICT JUDGE**