IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RONALD L. HATTENSTEIN, JR.,      *
                                 *
      Plaintiff,                 *
                                 *
vs.                              *   CIVIL ACTION 07-00470-CB-B
                                 *
MICHAEL J. ASTRUE,               *
Commissioner of                  *
Social Security,                 *
                                 *
      Defendant.                 *

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 23 2009, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 13th day of August, 2009.


                        _s/Charles R. Butler, Jr._
                        **SENIOR UNITED STATES DISTRICT JUDGE**